IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KAREN WILLIAMS,

   Plaintiff,

  v.

SARA LEE,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-4596-TWT

### ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action for failure to support a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Plaintiff's Motion for Extension of Time With Attorney [Doc. 7] is DENIED.

SO ORDERED, this 30 day of March, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Williams\11cv4596\r&r.wpd